JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>    Plaintiff,<br><br>v.<br><br>JINGILLE CHOIE; SINHAE CHOIE; SANG HYUN, in individual and representative capacity as trustee of The Sang Han Family Trust dated March 11, 1995; and Does 1-10,<br><br>    Defendants. | Case No. 2:20-CV-08421-AB (AGRx)<br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: October 30, 2020

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.